

FILED
2009 JUN 23 AM 11:28
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION 1:09CR291 |
| ) | |
| Plaintiff, ) | CASE NO. |
| ) | |
| v. ) | JUDGE ECONOMUS |
| ) | |
| PAUL R. TOMKO, ) | Title 18, Sections 1341 & 2, United States |
| ) | Code |
| Defendant. ) | |

The United States Attorney charges:

1. From in or about August 2003, through in or about January 2005, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, PAUL R. TOMKO, devised and intended to devise, executed and attempted to execute, and aided and abetted in executing, a scheme to defraud Homecomings Financial Network ("Homecomings") and People's Choice Home Loans ("People's Choice"), and to obtain money and property from those companies by means of false and fraudulent pretenses, representations, and promises.

2. During that time period and in furtherance of the scheme to defraud, the defendant, acting in concert with others, caused fraudulent loan applications to be processed

- 2 -

through mortgage brokers, including CMS Home Loans in Elyria, Ohio, and Allstate Financial Group in Beachwood, Ohio.

3. In furtherance of this scheme, the defendant utilized "straw buyers" to purchase properties and to obtain financing in their names.

4. As part of the scheme to defraud, the defendant caused fraudulent appraisals to be prepared which falsely and artificially inflated the true values of the properties that were acquired and financed.

5. The loan application packages that were submitted to Homecoming and People's Choice included some or all of the following false and fraudulent documentation and information: inflated appraisals, source of down payment, rental income, lease agreements, and forged signatures.

6. In furtherance of this scheme to defraud, the defendant and others caused the fraudulent loan packages to be delivered via regular U.S. Mail by the United States Postal Service and by commercial interstate carrier from the mortgage brokers in Elyria, Ohio, and Beachwood, Ohio, to the lenders in Irvine, California, and Minneapolis, Minnesota.

7. In addition, in order to complete those fraudulent transactions, the defendant and others caused the servicing title companies to send the closing documents via commercial interstate carrier.

8. On or about March 24, 2004, as part of the fraudulent scheme, closing documents for the purchase and financing of 2033 Revere Road, Cleveland Heights, Ohio, were sent via commercial interstate carrier from the servicing title company in Cleveland, Ohio, to Homecomings in Minneapolis, Minnesota.

- 3 -

9. On or about the dates indicated herein, the defendant and others fraudulently obtained the following mortgage loans:

| Settlement Date | Property Address | Straw Buyer/ Borrower | Lender | Approximate Loan Amount |
|---|---|---|---|---|
| 09/05/03 | 3463 East 78th St. Cleveland, Ohio | H.S. | People's | $67,500.00 |
| 10/08/03 | 1615 Lake Front Ave. East Cleveland, Ohio | M.C. | Homecomings | $105,300.00 |
| 10/09/03 | 1366 East 111th St. Cleveland, Ohio | E.J. | People's | $66,000.00 |
| 10/20/03 | 2194 East 97th St. Cleveland, Ohio | E.J. | People's | $72,000.00 |
| 11/14/03 | 2121 Dowd Ave. Lakewood, Ohio | T.C. | Homecomings | $156,000.00 |
| 12/02/03 | 1347 East 112th St. Cleveland, Ohio | T.C. | Homecomings | $108,000.00 |
| 12/10/03 | 3817 Monticello Blvd. Cleveland Heights, Ohio | T.C. | Homecomings | $100,800.00 |
| 01/15/04 | 4750 Monticello Blvd South Euclid, Ohio | T.C. | Homecomings | $144,900.00 |
| 01/30/04 | 7617 Superior Ave. Cleveland, Ohio | D.B. | Homecomings | $96,250.00 |
| 02/25/04 | 922 Brunswick Rd. Cleveland Heights, Ohio | M.H. | Homecomings | $96,000.00 |
| 02/27/04 | 7412 Indiana Ave. Cleveland, Ohio | R.D. | Homecomings | $72,000.00 |
| 04/01/04 | 2033 Revere Rd. Cleveland Heights, Ohio | M.C. | Homecomings | $111,600.00 |
| | | | Total: | $1,196,350.00 |

- 4 -

10. As a result of this fraudulent scheme executed by the defendant and others, Homecomings and People's Choice sustained significant losses as these mortgage loans went into default and the properties were sold through the foreclosure process.

All in violation of Title 18, United States Code, Sections 1341 & 2.

*/s/ William J. Edwards*
WILLIAM J. EDWARDS
United States Attorney