**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  1:09CR291** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **PAUL R. TOMKO,** | ) | **ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court **ACCEPT** Defendant Paul Tomko's ("Defendant") plea of guilty and enter a finding of guilty against Defendant.  (Dkt. # 8).

On June 23, 2009, the Government filed an information against Defendant. (Dkt. # 1).  On June 10, 2009, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of arraignment and receiving Defendant's guilty plea.  (Dkt. # 2).  Defendant waived indictment.  (Dkt. # 5).

On July 27, 2009, a hearing was held in which Defendant entered a plea of guilty to the sole count of the Information, mail fraud, in violation of 18 U.S.C. §§ 1341 & 2. Magistrate Judge Limbert  received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a

finding of guilty.  (Dkt. # 8).

Neither party objected to Magistrate Judge Limbert's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea.  The Defendant understood his constitutional rights.  He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea.  The Court finds that the plea was entered knowingly, intelligently, and voluntarily.  The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of mail fraud, in violation of 18 U.S.C. §§ 1341 & 2.  The sentencing will be held on October  27, 2009, at 10:00 a.m.

**IT IS SO ORDERED**.

*/s/ Peter C. Economus* **- August 12 , 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**